**Raymond Gerald Austino SOEOTH, Petitioner–Appellee,**

v.

**Michael B. MUKASEY,\* Attorney General, United States Attorney General; Michael Chertoff, Secretary, Department of Homeland Security; Julie L. Meyers, Assistant Secretary, United States Immigration and Customs En-**

forcement; Norma Bonalesgaribay, Field Office Director U.S. Immigration and Customs Enforcement; George Molinar, Chief of Detention and Removal Operations, San Pedro Detention Facility; Stuart Cortez, Officer-in-charge, San Pedro Detention Facility, Respondents–Appellants.

**Raymond Gerald Austino Soeoth, Petitioner–Appellant,**

v.

**Michael B. Mukasey,\* Attorney General, United States Attorney General; Michael Chertoff, Secretary, Department of Homeland Security; Julie L. Meyers, Assistant Secretary, United States Immigration and Customs Enforcement; Norma Bonalesgaribay, Field Office Director U.S. Immigration and Customs Enforcement; George Molinar, Chief of Detention and Removal Operations, San Pedro Detention Facility; Stuart Cortez, Officer-in-charge, San Pedro Detention Facility, Respondents–Appellees.**

Nos. 07–55549, 07–56403.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 7, 2008.

Filed May 14, 2008.

Ahilan T. Arulanantham, ACLU Foundation of Southern California, Los Angeles, CA, Judy Rabinovitz, Esq., American Civil Liberties Union Foundation, New York, NY, Jayashri Srikantiah, Stanford Law School Legal Clinics Crown Quadrangle, Stanford, CA, Monica Ramirez, Esq., ACLU Foundation of Northern California Inc., San Francisco, CA, for Petitioner–Appellee.

---

\* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

**749**

David J. Kline, Esq., Gjon Juncaj, Esq., Peter D. Keisler, Esq., U.S. Department of Justice Civil Division, Washington, DC, for Respondents–Appellants.

Before: FARRIS, FISHER and M. SMITH, Circuit Judges.

## ORDER

The stay order filed February 26, 2008, is lifted.

The joint stipulation for dismissal of the appeal, filed April 30, 2008, is **GRANTED.**

A copy of this order served on the district court shall constitute the mandate of this court.

Each party shall bear its own costs.